IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiffs:

    KIMBERLY M. WILLIAMS
    1:17-cv-2320
    ALINE SMALL
    1:17-cv-2381
    JOHN C. ROSS
    1:17-cv-2468
    WESLEY STONE
    1:17-cv-3871
    WILLIAM P. MARTIN
    1:18-cv-0250

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff, Kimberly M. Williams
    Plaintiff, Aline Small
    Plaintiff, John C. Ross
    Plaintiff, Wesley Stone
    Plaintiff, William P. Martin

    I am substituting into these cases in place of Attorney Robert J. Hills who has left this law firm for a new position elsewhere.

Dated: October 30, 2024

*/s/ Michelle R. Eggert*
Michelle R. Eggert, IL Bar No. 6225976
**Westervelt, Johnson, Nicoll & Keller LLC**
416 Main Street, Suite 200
Peoria, IL  61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorney for Plaintiffs*